AUSA: Eaton Brown Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Arick Flesch Telephone: (313) 226-6400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Demetrius Desean Epps

Case No. Case: 2:26−mj−30595
Assigned To : Unassigned
Assign. Date : 9/23/2026
Description: CMP USA. EPPS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 22, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Arick Flesch, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 23, 2026

*Judge's signature*

City and state: Detroit, MI

Hon. Kimbely G. Altman, U.S Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Arick Flesch, Special Agent of Homeland Security Investigations (HSI), Detroit, Michigan, United States Department of Homeland Security, being duly sworn deposes and states:

## I. EXECUTIVE SUMMARY

1. This affidavit is provided in support of an application for a complaint and arrest warrant for Demetrius Desean EPPS, DOB: XX/XX/1980. On September 22, 2026, Customs and Border Patrol agents located a pistol and ammunition in the cab of convicted felon EPPS's commercial truck while he was crossing the border from the United States into Canada. Consequently, there is probable cause to believe EPPS violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm and ammunition.

## II. AGENT BACKGROUND

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been employed as a Special Agent with HSI since September 2025. I have received basic training at the Federal Law Enforcement Training Center located in Glynco, Georgia. I am currently assigned to the HSI Homeland Security Task Force Group. During my career, I have been involved in numerous investigations of state and federal firearms violations. Prior to this assignment, I was a certified police officer in the State of Michigan from 2013 to 2025.

4. The facts in this affidavit come from my personal observations, my training and experience, and from information obtained from other law enforcement officers. This affidavit is intended to demonstrate that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**III. PROBABLE CAUSE**

5. On September 22, 2026, at approximately 1:30 P.M., U.S. Customs and Border Protection Officers (CBPO) assigned to the Detroit Contraband Enforcement Team (DCET) National Anti-Terrorism Contraband Enforcement Team (NATCET) were working commercial trucks outbound at the Detroit Ambassador Bridge. CBPO Morales made contact with a commercial truck bearing an Ohio license plate and driven by EPPS, a United States Citizen. EPPS stated that he made a wrong turn and did not want to go to Canada. EPPS informed

CBPO Morales that the truck did not contain any firearms, narcotics, or cash over $10,000. CBPO Morales then referred the truck for a secondary inspection.

6. During the secondary inspection, EPPS again informed the officers that he did not have firearms, narcotics, or cash over $10,000 in the truck. EPPS was instructed to exit the commercial vehicle and to open the hood and wait in front while the truck was inspected. During the inspection of the cab's interior, CBPO Gonzalez discovered a box of Federal Premium HST 9mm ammunition in a storage compartment behind the driver's seat. The ammunition was comingled with personal effects, including a toothbrush and clothing items. Further inspection of the cab by SCBPO Hernandez revealed a loaded handgun under a piece of carpet located between the driver's and passenger's seats and within reach of the driver. The firearm was identified as a SCCY CPX-2 9mm semiautomatic handgun, bearing serial number 193746.

7. On September 22, 2026, HSI Special Agents Flesch and Christopher Hudson interviewed EPPS. EPPS was advised of his Miranda rights, which he waived verbally and in writing. During the interview, EPPS stated he traveled from Pennsylvania to Michigan as a commercial truck driver. EPPS knew that he could not lawfully possess a firearm due to a prior felony conviction and admitted to knowing the ammunition was inside the vehicle.

8. A computerized criminal history check of EPPS, revealed that he has a federal felony conviction for violation of Title 21, United States Code, Section 841(A)(1), Distribution of Heroin, on or about August 4, 2014, from the Southern District of West Virginia.

9. On September 22, 2026, HSI contacted Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Kara Klupacs, an interstate nexus expert, who confirmed that a SCCY CPX-2 9mm semiautomatic handgun is a firearm under 18 United States Code 921 and was not manufactured in the State of Michigan and therefore traveled in interstate commerce.

10. Based on the above facts, affiant believes there is probable cause in the aforementioned paragraphs, that Demetrius Desean EPPS, DOB: XX/XX/1980, a convicted felon, did knowingly possess a firearm and ammunition, specifically a SCCY CPX-2 9mm semiautomatic handgun, bearing serial number 193746, and Federal Premium HST 9mm ammunition, which traveled in and affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1) on or about September 22, 2026, in the County of Wayne, Eastern District of Michigan.

Respectfully Submitted,

Arick Flesch Special Agent
Homeland Security
Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2026